UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re WESTERN REFINING, INC. STOCKHOLDER LITIGATION | § § § | Lead Case No. EP-17-cv-00002-DCG |
| This Document Relates to: | § § § | CLASS ACTION |
| ALL ACTIONS | § | |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOOTNESS APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

PLEASE TAKE NOTICE THAT Plaintiffs Srini Vasan, Brian Miller, Gene Love, and John Solak's Mootness Application for an Award of Attorneys' Fees and Expenses [Doc. 14], filed on April 19, 2017, is hereby withdrawn and the action is terminated.

DATED:  May 15, 2017.

Respectfully submitted,

/s/ Thomas E. Bilek
Thomas E. Bilek
Texas Bar No. 02313525
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX  77002
(713) 227-7720

*Counsel for Plaintiffs*

Juan E. Monteverde
**MONTEVERDE & ASSOCIATES PC**
350 Fifth Avenue, Suite 4405
New York, NY  10118
Tel: (212) 971-1341
Fax: (212) 601-2610
Email: jmonteverde@monteverdelaw.com

*Interim Lead Counsel for Plaintiffs and*
*Counsel for Plaintiff Srini Vason*

James M. Wilson, Jr.
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY  10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email:  jwilson@faruqilaw.com

*Counsel for Plaintiff Brian Miller*

Shane T. Rowley
**LEVI & KORSINSKY LLP**
733 Summer Street, Suite 304
Stamford, CT  06901
Tel: (212) 363-7500
Fax: (212) 363-7171

*Counsel for Plaintiff Gene Love*

Michael J. Palestina, Esq.
**KAHN SWICK & FOTI, LLC**
206 Covington Street
Madisonville, LA  70447
Tel.: (504) 455-1400
Fax: (504) 455-1498
E-mail: Michael.Palestina@ksfcounsel.com

*Counsel for Plaintiff John Solak*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on May 15, 2017, which caused an electronic copy of same to be served automatically upon all counsel of record.

                                                                        */s/ Thomas E. Bilek*
                                                                        Thomas E. Bilek